IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID AUGUST KILLE, SR.,
                    Appellant,
        vs.
JULIO CALDERIN; DWIGHT NEVEN;
HIGH DESERT STATE PRISON; GREG
COX; NEVADA DEPARTMENT OF
CORRECTIONS; AND THE STATE OF
NEVADA,
                    Respondents.

No. 69817

FILED

APR 1 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:     Hon. Michael Villani, District Judge
        David August Kille, Sr.
        Attorney General/Carson City
        Eighth District Court Clerk

16-11325